**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DONNA L. MEANOR, AS EXECUTOR OF
THE ESTATE OF ROBERT WAGNER,
SR., DECEASED; FAIRMAN DRILLING
COMPANY; ALAN R. FAIRMAN; SANDRA
R. FAIRMAN; RONALD R. FAIRMAN;
BEVERLY A. FAIRMAN; RICHARD M.
FAIRMAN; GARY D. FAIRMAN; FRANK
G. FAIRMAN;TERRY L. FAIRMAN;
WILLIAM WOOD AND BETTY WOOD,
HIS WIFE; DOLORES M. WAGNER;
DOLORES J. WAGNER; COUNTY-WIDE
REAL ESTATE COMPANY, INC.; B.
LEONARD BRODY; PATRICK F.
MCCARTHY; E. JAMES TRIMARCHI;
DAVID R. TOMB; WAGNER AND
WAGNER; JAMES CARSON AND
SUSAN CARSON, HIS WIFE

          v.

PEOPLES NATURAL GAS COMPANY,
LLC, AS SUCCESSOR BY MERGER TO
EQUITABLE GAS COMPANY, A
DIVISION OF THE FORMER EQUITABLE
RESOURCES, INC.

PETITION OF: FAIRMAN DRILLING
COMPANY,  ALAN R. FAIRMAN,
SANDRA R. FAIRMAN, RONALD R.
FAIRMAN, BEVERLY A. FAIRMAN

:  No. 151 WAL 2019
:
:
:
:  Cross Petition for Allowance of
:  Appeal from the Order of the Superior
:  Court

DONNA L. MEANOR, AS EXECUTOR OF
THE ESTATE OF ROBERT WAGNER,
SR., DECEASED; FAIRMAN DRILLING
COMPANY; ALAN R. FAIRMAN; SANDRA
R. FAIRMAN; RONALD R. FAIRMAN;
BEVERLY A. FAIRMAN; RICHARD M.
FAIRMAN; GARY D. FAIRMAN; FRANK
G. FAIRMAN;TERRY L. FAIRMAN;

:  No. 152 WAL 2019
:
:
:
:  Cross Petition for Allowance of
:  Appeal from the Order of the Superior
:  Court
:

WILLIAM WOOD AND BETTY WOOD, : 
HIS WIFE; DOLORES M. WAGNER; : 
DOLORES J. WAGNER; COUNTY-WIDE : 
REAL ESTATE COMPANY, INC.; B. : 
LEONARD BRODY; PATRICK F. : 
MCCARTHY; E. JAMES TRIMARCHI; : 
DAVID R. TOMB; WAGNER AND : 
WAGNER; JAMES CARSON AND : 
SUSAN CARSON, HIS WIFE : 
: 
: 
v. : 
: 
: 
PEOPLES NATURAL GAS COMPANY, : 
LLC, SUCCESSOR BY MERGER TO : 
EQUITABLE GAS COMPANY, A : 
DIVISION OF THE FORMER EQUITABLE : 
RESOURCES, INC. : 
: 
: 
PETITION OF: FAIRMAN DRILLING : 
COMPANY, ALAN R. FAIRMAN, SANDRA : 
R. FAIRMAN, RONALD R. FAIRMAN, : 
BEVERLY A. FAIRMAN : 

## ORDER

**PER CURIAM**

 **AND NOW**, this 2nd day of October, 2019, the Cross Petition for Allowance of

Appeal is **DENIED**.